| | |
|---|---|
| 1 | FINKELSTEIN & KRINSK LLP |
| | Jeffrey R. Krinsk, Esq. (SBN 109234) |
| 2 | jrk@classactionlaw.com |
| | Mark L. Knutson, Esq. (SBN 131770) |
| 3 | mlk@classactionlaw.com |
| | William R. Restis, Esq. (SBN 246823) |
| 4 | wrr@classactionlaw.com |
| | David J. Harris, Esq. (SBN 286204) |
| 5 | djh@classactionlaw.com |
| | Trenton R. Kashima, Esq. (SBN 291405) |
| 6 | trk@classactionlaw.com |
| | 550 W. C Street, Suite 1760 |
| 7 | San Diego, California 92101 |
| | Telephone: (619) 238-1333 |
| 8 | Facsimile:  (619) 238-5425 |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| Steve Surrey, Derivatively On Behalf of Alibaba Group Holding Limited, | Case No: 15-cv-1036-WQH-WVG |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |
| Jack Yun Ma, Joseph c. Tsai, Jonathan Zhaoxi Lu, Masayoshi Son, Daniel Young, Chee Hwa Tung, Walter Teh Ming Kwauk, J. Michael Evans, and Jerry Yang, | JURY TRIAL DEMANDED |
| Defendants, | |
| -and- | |
| Alibaba Group Holding Limited, | |
| Nominal Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL        1        Case No. 15-cv-1036-WQH-WVG

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff hereby
2  voluntarily dismisses Compliant of Plaintiff Steve Surrey's individual claims in the
3  Complaint in above matter with prejudice.

4  Plaintiff has not received, nor will he receive, any compensation, either directly
5  or indirectly, from defendants or any other source as a result of the dismissal of the
6  complaint in this Action.

7  With regard to the class allegations set forth in the above causes of action,
8  Plaintiff hereby dismisses all class allegations without prejudice.

FINKELSTEIN & KRINSK LLP

Dated: May 15, 2014          By:   /s/ Mark L. Knutson
                                   Jeffrey R. Krinsk, Esq
                                   jrk@classactionlaw.com
                                   Mark L. Knutson, Esq.
                                   mlk@classactionlaw.com
                                   William R. Restis, Esq.
                                   wrr@classactionlaw.com
                                   501 West Broadway, Suite 1250
                                   San Diego, California 92101-3579
                                   Telephone: (619) 238-1333
                                   Facsimile:  (619) 238-5425

                                   Attorneys for Plaintiff